**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

IN RE:

**HIGHLANDERS ALLOYS, LLC**                              Bankruptcy No. 3:05-bk-30516

      Debtor.                                                           Chapter 11

## NOTICE OF REMOVAL

     **AND NOW,** comes Highlanders Alloys, LLC, the Debtor in this Chapter 11 Case, by and through its Counsel, Robert O Lampl and John P. Lacher, and files this **NOTICE OF REMOVAL**:

     1.    Highlanders Alloys, LLC, the Debtor in this Chapter 11 Case, hereby removes to this Honorable Court the case of **Jacob Binson and Itzhak Bannai v. American Alloys, Inc., Industrial Development, Inc., Highlanders Alloys, LLC, Global Industrial Projects, LLC, Boris Bannai, individually and as a stockholder and/or officer in the foregoing corporations and All Crane Rental Corporation, an Ohio Corporation, Aggreko, Inc., a Louisiana Corporation, Air Equipment Sales and Service, Inc., a Kentucky Corporation,** No. 04-C-196 in the Circuit Court of Mason County, West Virginia ("the Civil Action").

     2.    Highlanders Alloys, LLC, the Debtor, is entitled to remove this Civil Action pursuant to 28 U.S.C. Section 1452 and F.R.B.P. Rule 9027, and is doing so in a timely manner in accordance with F.R.B.P. Rule 9027(a)(2).

     3.    The removed Civil Action is a core proceeding which involves a claims dispute, and, to the extent that there is liability on the part of the defendants, which is disputed, would involve Property of this Estate.  See:  28 U.S.C. Section 157; 11 U.S.C. Section 541; and

**Bd. Of Trustee v. Foodtown, Inc.,** 296 F.3d 164, 2002 U.S. App. Lexis 14402, 48 Collier Bankr. Cas. 2d (MB) 1007, 28 Employee Benefits Cas. (BNA) 1641 (3d Cir. N.J. 2002).

    4.    In compliance with F.R.B.P. Rule 9027 (a)(1), copies of the pleadings filed in the removed Civil Action are attached hereto as **Exhibit A**.

    Respectfully Submitted

/s/ ROBERT O LAMPL
**ROBERT O LAMPL**
**PA I.D. #19809**
**JOHN P. LACHER**
**PA I.D. #62297**
**Counsel for the Debtor**
**960 Penn Avenue, Suite 1200**
**Pittsburgh, PA  15222**
**(412) 392-0330**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

IN RE:

**HIGHLANDERS ALLOYS, LLC**               Bankruptcy No. 3:05-bk-30516

      **Debtor.**                          Chapter 11

## CERTIFICATE OF SERVICE

I, Robert O Lampl and John P. Lacher, hereby certify that on the 2nd day of June, 2005

I served a true and correct copy of the attached **NOTICE OF REMOVAL** upon the following:

| | |
|---|---|
| Mark Ferguson<br>230 Capitol Street, Suite 300<br>Charleston, WV 25301 | Gary Collias<br>122 Capitol Street, Suite 300<br>PO Box 70007<br>Charleston, WV 25301 |
| R. Michael Shaw<br>R. Craig Tatterson<br>Shaw & Tatterson, L.C.<br>610 Main Street<br>PO Box 3<br>Point Pleasant, WV 25550 | Bill Withers, Clerk<br>Court of Mason County<br>Mason County Courthouse<br>200 Sixth Street<br>Point Pleasant, WV 25550 |
| Honorable David W. Nibert<br>Chief Judge<br>Mason County Courthouse<br>200 Sixth Street<br>Point Pleasant, WV 25550 | Office of the US Trustee<br>300 Virginia Street, East, Room 2025<br>Charleston, WV 25301 |

/s/ ROBERT O LAMPL
**ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
Counsel for the Debtor
960 Penn Avenue, Suite 1200
Pittsburgh, PA  15222
(412) 392-0330**